**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 16-7696**

———

TASHEIK ASHANTI CHAMPEAN, a/k/a Douglas Howell,

        Plaintiff - Appellant,

    v.

MICHAEL RICH, d/b/a Acting Agents of the Commonwealth of VA;
ZACHARY TERWILLIGER, d/b/a Acting Agents of the Commonwealth
of VA,

        Defendants - Appellees.

———

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Anthony John Trenga, District
Judge.  (1:16-cv-01254-AJT-MSN)

———

Submitted:  March 14, 2017      Decided:  March 17, 2017

———

Before FLOYD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit
Judge.

———

Dismissed by unpublished per curiam opinion.

———

Tasheik Ashanti Champean, Appellant Pro Se.

———

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tasheik Ashanti Champean, a/k/a Douglas Howell, appeals the district court's order dismissing his civil complaint as frivolous under 28 U.S.C. § 1915A(b)(1) (2012). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Champean v. Rich, No. 1:16-cv-01254-AJT-MSN (E.D. Va. filed Nov. 10, 2016 & entered Nov. 11, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED